PEOPLE *ex rel.* TARR *et al.* v. WEAVER, commissioner, etc.

*Certiorari to Commissioner of Highways.*

A commissioner of highways made an order denying an application for a road. An appeal was taken, and referees were appointed, who reversed the order of the commissioner and laid out the road. A *certiorari* was then issued, directed to the commissioner only, to review the proceedings had before him previous to the appeal, on the ground that he had no jurisdiction, because one of the persons who signed the certificate required by the statute (1 R. S. 514, § 58) was not a freeholder. *Held,* that the writ brought up for review nothing except the proceedings of the commissioner, that the question whether he acted without having acquired jurisdiction was not properly before the court.

*Held,* also, that the order of the commissioner having been regularly reversed, it had ceased to have any force or effect. That the question whether he acquired jurisdiction to make the order was no longer material except as it affected the question of the jurisdiction of the referees, which could not be determined in a proceeding to which they were not parties.

CERTIORARI to review the decision of the respondent, as commissioner of highways, refusing to lay out a highway.

*J. G. Record,* for the relator.

*Julius A. Parsons,* for respondent.

GILBERT, J.

The head-note states all that is important in the opinion.

*Certiorari quashed.*